UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VERNON J. DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | NO. CV-06-316-AAM<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 11th day of June, 2007.

                                      JAMES R. LARSEN<br>
                                      District Court Executive/Clerk


                              by: ___s/Karen White____<br>
                                    Deputy Clerk

cc: all counsel